# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2010

140645

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

        SC: 140645
        COA: 288219
        Tuscola CC: 07-010552-FH

JASON JOHN PETERS,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2010

p0708

_____
Clerk